JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>VITACORE, INC., a Nebraska corporation, doing business as WEIGH OF LIFE,<br><br>Defendant. | No. 8:24-cv-01829-MWF-DFM<br><br>**DEFAULT JUDGMENT AGAINST DEFENDANT VITACORE, INC.** |

On December 17, 2024, the Court **GRANTED** an Application for Default Judgment (Docket No. 13) in favor of Plaintiff Ameris Bank.

Good cause having been shown and pursuant to Rules 54 and 55 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered in favor of Plaintiff Ameris Bank and against Defendant Vitacore, Inc. in the total amount of **$100,174.12** as follows:

1

1. Judgment is entered in favor of Plaintiff Ameris Bank, and against Defendant Vitacore, Inc., in the amount of **$90,527.77**.

2. Plaintiff Ameris Bank is awarded **$5,210.31** in attorneys' fees.

3. Plaintiff Ameris Bank is awarded **$3,881.04** in prejudgment interest.

4. Plaintiff Ameris Bank is awarded **$555.00** in costs.

DATED: December 17, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

2